**GAF CORPORATION, petitioner,
v. UNITED STATES.**

No. 91–589.

Supreme Court of the United States.

Jan. 27, 1992.   Denied.